IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOEL CHRISTOPHER KING, #1139260, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:05-CV-1131-P |
| | ) | |
| DOUGLAS DRETKE, Director, Texas | ) | |
| Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

IT IS FURTHER ORDERED that Petitioner's second motion for leave to proceed *in forma pauperis*, filed on September 14, 2005, is denied as moot.

Signed this 12th day of December 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE